UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| JASON A. SEPANSKI and ERIN M. SEPANSKI, | BANKRUPTCY CASE NO.: 8:12-bk-01755-KRM |
| Debtors. | CHAPTER 7 |

_____/

| | |
|---|---|
| V. JOHN BROOK, as Chapter 7 Trustee of the estate of JASON A. SEPANSKI and ERIN M. SEPANSKI, | |
| Plaintiff, | |
| v. | ADVERSARY PROCEEDING NO.: 8:13-ap-00058-KRM |
| UNITED RECOVERY SYSTEMS, LP, a Texas limited partnership, | |
| Defendant. | |

_____/

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL (DOC. 10)

COMES NOW Plaintiff, V. John Brook, the Chapter 7 Trustee of the bankruptcy estate of Jason A. Sepancki and Erin M. Sepanski, by and through undersigned counsel, and gives this Notice of Withdrawal of Plaintiff's Motion to Compel (Doc. 10).

Dated: July 8, 2013

>**LASH & WILCOX PL**
>4401 W. Kennedy Blvd., Ste. 210
>Tampa, Florida 33609
>Phone: (813) 289-3200
>Facsimile: (813) 289-3250
>Attorneys for Plaintiff
>
>/s/ Brian L. Shrader
>**BRIAN L. SHRADER, ESQ.**
>Florida Bar No.: 57251
>e-mail: bshrader@lashandwilcox.com
>Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2013, I presented a true and correct copy of the *Notice of Withdrawal of Plaintiff's Motion to Compel (Doc. 10)*, to the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

>/s/ Brian L. Shrader
>Attorney